**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JEAN CARTER, as Administratix of the ESTATE OF MARK FRAZIER**<br><br>*Plaintiff,*<br>**v.**<br><br>**WELLPATH LLC,** *et al.*<br><br>*Defendants.* | **Case No. 2:22-cv-01050-JDW** |

## ORDER

AND NOW, this 28th day of September, 2023, upon consideration of the Petition To Settle Wrongful Death And Survival Actions (ECF No. 50), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the settlement in this action is **APPROVED.**

It is **FURTHER ORDERED** that this case is **DISMISSED WITH PREJUDICE** pursuant to Local Rule of Civil Procedure 41.1(b). The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge